# STATE SUPREME COURT
## Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.
Judges—R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; George H. Clark, Canton; Florence E. Allen, Cleveland; Robert Day, Massillon.
Clerk—Seba H. Miller, Springfield.
Regular Term—First Tuesday after first Monday of January, at Columbus.
Reporter—John W. L. Henney, Columbus; Bell.
Assistant Reporters—Clinton Collins, H. L. Connett, Columbus.

### LAW LIBRARY

Librarian—John W. Shaw, Troy.
Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT
### GENERAL DOCKET
#### Tuesday, January 30th

17472. Raymond J. Logan, v. The Cleveland Railway Co.; Cuyahoga county: Error.
17605. William Loftus, by ect., v. The Pennsylvania Railroad Co. et al.; Cuyahoga county: Error.

### GENERAL DOCKET

17572. The Ohio Colleries Co., v. Elizabeth Cooke; Perry county: Error.
17654. The Anthony Carlin Co., v. Walker D. Hines, Director General of Railroads; Cuyahoga county: Error.

### MOTION DOCKET
#### Thursday, February 1st

17802. The Edward D. Woodward Co., v. Vernon Calvert Hart; Hamilton county; motion to certify record.
17775. Industrial Commission v. Lillian Everett; motion to certify record, Hamilton county.
17797. Fren Burton v. Charles W. Strawser et al.; motion to certify record, Williams county.
17796. George W. Burns v. Hugh W. Grant, as Trustee in Bankruptcy of the Greenwood Gum Co.; motion to certify record, Mahoning county.
17793. The Cleveland Railway Co., v. Ida Greenberg; motion to certify record, Cuyahoga county.
17794. Franklin Alter, Jr., et al., v. The Union Savings Bank and Trust Co., et al.; motion to certify record, Hamilton county.
17790. The Newark Telephone Co., v. The City of Newark, Ohio; motion to certify record, Licking county.

### MOTION DOCKET
#### Friday, February 2nd

17808. David Jones, a miner, by ect., v. The Newton Steel Co.; motion to certify record, Mahoning county.
17788. Peter Tomko v. The Standard Oil Co.; motion to certify record, Cuyahoga county.
17799. The National Casualty Co., v. Charles L. Kreakler; motion to certify record, Montgomery county.
17804. Edward C. Herring v. D. H. Wysong; motion to certify record, Montgomery county.
17801. The Ohio Steel Products Co., et al., v. The Western Reserve Bond and Share Co.; motion to certify record, Mahoning county.
17791. Valentine Schafer v. Jay W. Haller, guardian; motion to certify record, Crawford county.

17798. State of Ohio ex rel Medical Centre Co., v. George Wallace, Clerk; mandamus (on merits).

### GENERAL DOCKET
#### Tuesday, February 6

17565—The Ohio Automatic Sprinkler Co. v. Hannah Fender; error; Mahoning county.
17580—Samuel T. Wellman, II, et al, v. The Cleveland Trust Co., et al; error; Cuyahoga county.

### GENERAL DOCKET
#### Wednesday, February 7

17707—Nelson B. Cramer v. Kramer and Bettman, et al; error; Hamilton county. Motion to dismiss.
17731—The State of Ohio ex rel. John R. King, Prosecuting Attorney, v. J. H. McClure, Receiver, Quo Warranto.

### MOTION DOCKET
#### Thursday, February 8

17810—C. H. Korner v. Gladys Cosgrove; motion to certify record; Hamilton county.
17816—Joseph Watkins vs. Samuel D. Henkel; motion to certify record; Warren county.
17805—Joseph W. Gottleib v. City of Youngstown, et al; motion to certify record; Mahoning county.
17807—E. E. Curtis, Safety Director of the City of Canton, Ohio, et al, v. State of Ohio ex rel Catherine E. Morgan; motion to certify record; Stark county.
17809—The New York Central R .R. Co. v. George Francis; motion to certify record; Lucas county.
17812—The Fred R. Jones Co. v. Mary Parker; motion to certify record; Stark county.
17813—Henry Edelstein, et al, v. Claude H. Cook; motion to certify record; Cuyahoga county.

### GENERAL DOCKET
#### Friday, Feb. 9

17724—The Board of Education of Silver Lake Village School District v. George M. Korns, Auditor of Summit county; error; Summit county.
17725—Robert L. Miller v. Goerge M. Kerns, Auditor of Summit county; error; Summit county.

### SYLLABUS

No. 16763—The State, ex rel. Lewis M. Copeland, v. State Medical Board of Ohio, and H. M. Platter, Secretary of the State Medical Board of Ohio.
In mandamus.
MARSHALL, C. J.

1. By the provisions of Section 1274-2 GC., it is required that persons desiring to practice limited branches of medicine and surgery without preliminary examination shall establish to the satisfaction of the state medical board the fact of having actually practiced those limited branches for the full period of five years continuously prior to October 1, 1915. The affidavit of the applicant of his having had such practice is not conclusive upon the board.

2. Affidavits attached to a petition and by proper averments made a part thereof may not properly be considered as evidence and do not tend to support the petition or sustain the burden of proof required to be met by plaintiff upon issue joined by an answer.
Judgment for defendant.
Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.